# VOTE

# MARC LAHRMAN
## Sheriff



- 20 years experience in law enforcement
- Senior Patrolman from 1994-1999
- Jail Commander since 1999

"As jail commander, careful management of housing of inmates has generated over $500,000 annually to the county general fund for housing out-of-county & Department of Corrections inmates. As sheriff I will implement a pre-trial release program for non-violent offenders. This will increase the number of beds available for more Department of Corrections inmates which will allow more revenue for Jackson County. We have implemented contractual healthcare for inmates which saves the county $100,000 annually. As jail commander I have encouraged rehabilitation programs such as GED programs, weekly interdenominational church services, Music ministries, Gideon's International Ministries services and Bible Study, Alcoholics Anonymous Programs for inmates."

Paid for by Jackson County Democrat Central Committee; Becky Fee, Treasurer

# DEMOCRAT