



EXHIBIT #3

**Norman R. Johnson, M.D.**
PO Box 10260
Peoria, Illinois 61612-0260
Phone: (309) 692-8100 Fax: (309) 692-8106
drj@advancedch.com

Dr. Johnson, founder of Advanced Correctional Healthcare and co-founder of Health Professionals, LTD, has over 25 years experience in direct health care management. His background includes the development of a large medical group consisting of nine primary care physicians with eight subspecialties and health care systems development and management. Dr. Johnson, a board certified Internist with a sub specialty in gerontology, is a member of the Society of Correctional Physicians.

As CEO of Advanced Correctional Healthcare, Inc., Dr. Johnson has over 25 years experience in direct healthcare management. As the former President/CEO of Health Professionals, LTD, he has extensive experience in the correctional healthcare environment including facility analysis, program development, professional staffing, contract negotiation and utilization review. As CEO he draws from his managed healthcare experience to position Advanced Correctional Healthcare as an industry leader that provides the highest standards in inmate healthcare and client relations.

In addition, Dr. Johnson is involved with client relations and provides educational programs for National, State and County Associations.

### General Information

Born January 27, 1942 in Kansas City, Missouri.

### Education

| | |
|---|---|
| Residency (Straight Medicine) 1979–1981 | St. Francis Medical Center *Peoria, Illinois* |
| Internship (Straight Medicine) 1978–1979 | St. Francis Medical Center *Peoria, Illinois* |
| Medical School M.D., 1978 | University of Illinois *Urbana-Champaign, Illinois* |
| College B.S., 1975 | Augustana College *Rock Island, Illinois* |

### Experience

| | |
|---|---|
| August 2006-present CEO | Advanced Correctional Healthcare *Peoria, Illinois* |
| May 2002 – August 2006 President/CEO | Advanced Correctional Healthcare *Peoria, Illinois* |
| January 2004 – present Medical Director | Cornell Interventions *Chicago, Illinois* |

| | |
|---|---|
| 1995 – May 2002 | Health Professionals, LTD |
| Past President, CEO | *Peoria, Illinois* |
| Past Medical Director | Harbor Lights Hospice |
| | *Peoria, Illinois* |
| Past Medical Director | Marigold Estates |
| | *Pekin, Illinois* |
| Past Medical Director | Morton Villa |
| | *Morton, Illinois* |
| Past Medical Director | Pekin Living & Rehabilitation |
| | *Pekin, Illinois* |
| Past Medical Director | Pekin Manor |
| | *Pekin, Illinois* |
| Past Medical Director | Sharon Elms |
| | *Pekin, Illinois* |
| Past Medical Director | Sharon Pines |
| | *Pekin, Illinois* |
| Past Medical Director | Sharon Willow North |
| | *Peoria, Illinois* |
| Past Medical Director | Sharon Willow South |
| | *Peoria, Illinois* |
| Past Medical Director | Sharon Woods |
| | *Peoria, Illinois* |
| Past Secretary – Board of Directors | Johnson Fine Jewelry. Bridal. Gifts |
| | Peoria, Illinois |
| Past President | Opera Illinois |
| | Peoria, Illinois |
| Past Chairman of Finance | Central Illinois Medical Association |
| | Peoria, Illinois |
| Past President | Started East Peoria Multi-Specialty Group |
| July 1985-1999 | East Peoria, Illinois |
| Courtesy Staff | Methodist Medical Center of Illinois |
| June 1985-2002 | Peoria, Illinois |
| Courtesy Staff | St. Francis Medical Center |
| June 1985–2002 | *Peoria, Illinois* |
| Past President | Started The Medical Clinic |
| June 1985–1996 | *Morton, Illinois* |
| Past President | Started Delavan Medical Center |
| July, 1982–1996 | *Delevan, Illinois* |
| Past Co-Medical Director | White Oaks Center (Co-Director, 1985) |
| | *Peoria, Illinois* |
| Courtesy Staff | Pekin Hospital |
| July 1981–2003 | *Pekin, Illinois* |
| President | Pekin Internal Medicine |
| July 1981-present | *Pekin, Illinois* |

## Certification

| | |
|---|---|
| January 1985 | Board Certification Internal Medicine |
| 1988 | Extra Credentialing Geriatric Medicine |
| 2004 | Certified in Addiction Medicine, through examination by the American Society of Addiction Medicine in 2004. Certificate Number is 020838 |

### Licensure

State of Illinois Physician and Surgeon License (036-059258)
State of Illinois Physician and Surgeon Controlled Substance License
State of Indiana Physician and Surgeon License (01054493A)
State of Indiana Controlled Substances Registration Certificate (01054493B)
State of Iowa Physician Medical License (34181)
State of Iowa Controlled Substance License (1242611)
State of Kentucky Medical License (40173)
State of Michigan Physician License (855839)
State of Minnesota Board of Medical Practice (Temporary Permit 102999)
State of Michigan Controlled Substance License (L1122048)
State of Missouri Physician and Surgeon License (2001006096)
State of Missouri Controlled Substance License (963209746
State of Tennessee Physician License (4690866)
State of Wisconsin Medicine and Surgery (43200-020)
Drug Enforcement Administration Controlled Substance Certification

### Presentations

| Date | Presentation |
|---|---|
| April 12, 2008 | ACH Physicians & Nurses |

- Quality Recognition
- I'm OK – You're OK
- Pulse ox – when & why
- Preferred drug list
- Quality improvement

| Date | Presentation |
|---|---|
| April 11, 2008 | I'm OK – You're OK – ACH Nurses |
| March 28, 2008 | Indiana Sheriffs' Association |

- Mental Health for the Primary Physician in the Jail Setting
- Legal Issues in the Correctional Environment
- Infectious Disease

| Date | Presentation |
|---|---|
| February 7, 2008 | Risk Management and Cost Containment – Missouri Sheriffs |
| February 1, 2008 | Taking Control of Health Care in Your Facility – Jackson County Missouri |
| January 29, 2008 | Taking Control of Health Care in Your Facility – Oklahoma Sheriffs |
| January 15, 2007 | Taking Control of Health Care in Your Facility – Sullivan County Indiana |
| January 8, 2008 | Risk Management and Cost Containment – Sheboygan County Wisconsin |
| December 28, 2007 | Taking Control of Health Care in Your Facility – Perry County Indiana |
| November 9, 2007 | Risk Management & Liability – Indiana Sheriff's Conference |
| August 23, 2007 | Mental Health in a Correctional Environment – Livingston County Jail |
| August 20, 2007 | Introduction to Correctional Healthcare – ACH 2007 Medical Conference |
| August 15, 2007 | Legal Issues in a Correctional Environment – Wisconsin Sheriffs |
| August 7, 2007 | Taking Control of Health Care in Your Facility – Dunklin County Missouri |
| August 4, 2007 | Legal Issues in a Correctional Environment – ACH Advisory Council |
| August 1-3, 2007 | Jail Health Care Risks and Cost Containment – Missouri Sheriffs Association |
| April 16, 2007 | Taking Control of Health Care in Your Facility – Cass County Missouri |
| April 5, 2007 | Taking Control of Health Care in Your Facility – Powell County Kentucky |
| March 31, 2007 | Changes in Law, re: Documentation – ACH Advisory Council |
| January 8, 2007 | Taking Control of Health Care in Your Facility – Kentucky River Kentucky |
| January 2, 2007 | Taking Control of Health Care in Your Facility – Summit County Ohio |
| December 29, 2006 | Taking Control of Health Care in Your Facility – Elkhart County Indiana |
| December 21, 2006 | Taking Control of Health Care in Your Facility – Jennings County Indiana |
| December 19, 2006 | Taking Control of Health Care in Your Facility – Jackson County Indiana Juvi |
| November 20, 2006 | Inmate Healthcare-Is Your County At Risk – 2006 MAC Conference - Missouri |

| | |
|---|---|
| November 15, 2003 | Wants vs. Needs – The Problem with Correctional Healthcare in Jails – Indiana Sheriffs Association |
| November 14, 2001 | A Geriatric Program for Correctional Facilities – 25th National Conference on Correctional Health Care |

## Committees

| | |
|---|---|
| 1996–present | Illinois State Medical Society Political Action Committee |
| July 1994-1996 | Illinois State Medical Society Public Relations Committee |
| September 1994 | Board of Directors Pekin Area Physicians Association |
| 1980–1981 | President, House Staff, St. Francis Medical Center |
| April 1974 | Beta-Beta-Beta Honor Society |

### Hospital Committees

| | |
|---|---|
| 1987–1989 | Pekin Hospital Tissue and Chairman of Medicine Committee |
| 1983–1985 | Medical Staff Secretary 1983-1985 |
| | Medical Committee |
| | Executive Committee |
| | Transfusion Committee |

## Academic Appointments

| | |
|---|---|
| September 1982 – 1999<br>Clinical Instructor in Medicine | Peoria School of Medicine<br>*Peoria, Illinois* |

## Professional Affiliations

American Correctional Association
Academy of Correctional Health Professionals
Society of Correctional Physicians
Peoria Medical Society
Peoria School of Medicine, Peoria Illinois
Board of Directors Strategic Networks
American College of Physicians
University of Illinois Alumni Association
Board of Directors and Treasurer Central Illinois Medical Association
American Medical Association
Illinois State Medical Society
Tazewell County Medical Society (Executive Committee, President 1988-1989)
Chairman of Finance-Central Illinois Medical Association
President-Opera Illinois 1995-1998
Secretary, Johnson's Fine Jewelry. Bridal. Gifts

## Continuing Medical Education

| | |
|---|---|
| December 1, 2007 | The New England Journal of Medicine CME Program #356<br>50 AMA PRA Category 1 Credits |
| June 1, 2007 | The New England Journal of Medicine CME Program #355<br>50 AMA PRA Category 1 Credits |

**Norman R. Johnson, M.D.**

| Date | Program |
|---|---|
| December 1, 2006 | The New England Journal of Medicine CME Program #354<br>50 AMA PRA Category 1 Credits |
| October 29, 2006 | Public Health and Correctional Medicine: Responding to Community Concerns<br>Emory University School of Medicine<br>5 AMA PRA Category 1 credits |
| October 28-November 1, 2006 | National Conference on Correctional Healthcare<br>9 CME Hours |
| June 1, 2006 | The New England Journal of Medicine CME Program #353<br>50 AMA PRA Category 1 Credits |
| June 20, 2006 | HIV/AIDS Update – University of Kentucky Online course<br>2.0 CME Hours |
| April 8-11, 2006 | Update in Correctional Health Care – Las Vegas, Nevada<br>7 CME Hours |
| March 21, 2006 | Indiana Jail Medical Training<br>7 Credit Hours |
| December 1, 2005 | The New England Journal of Medicine CME Program #352<br>50 CME Hours |
| August 20, 2005 | Conference on Correctional Healthcare<br>2 Credit Hours |
| June 1, 2005 | The New England Journal of Medicine CME Program #351<br>50 CME Hours |
| March 8, 2005 | Indiana jail Medical Training<br>7 Credit Hours |
| December 1, 2004 | The New England Journal of Medicine CME Program #350<br>50 CME Hours |
| November 13-17, 2004 | National Conference on Correctional Health Care, 24.5 CME Credits |
| November 4-6, 2004 | American Society of Addiction Medicine Review Course in Addiction Medicine<br>21 CME Credits – Category 1 – Level 1 |
| November 4, 2004 | American Society of Addiction Medicine ISAM Workshop #3 – Principles of Detoxification<br>3.5 CME Credits – Category 1 – Level 1 |
| June 1, 2004 | The New England Journal of Medicine CME Program #349<br>50 CME Hours |
| December 1, 2003 | The New England Journal of Medicine CME Program #348<br>50 CME Hours |
| October 5, 2003 | 10th Annual Meeting of the Society of Correctional Physicians<br>"Common Controversies in Correctional Medicine"<br>6 Hours of Training |
| June 1, 2003 | The New England Journal of Medicine CME Program #347<br>50 CME Hours |
| December 1, 2002 | The New England Journal of Medicine CME Program #346<br>50 CME Hours |
| June 1, 2002 | The New England Journal of Medicine CME Program #345<br>50 CME Hours |

April 2008