# Introduction to Correctional Healthcare



DEPOSITION
EXHIBIT
#4



# 3 Topics to Discuss

- What is the difference between Correctional Healthcare and Community Healthcare?

- How do you reduce risks from healthcare related to law suits?

- How do you lower the healthcare cost?

# Why do you go to the doctor?

# The 5 Step Approach to Correctional Healthcare

- Disease - - -            Health

- Side Effects - - - -    No Side Effects

- Discomfort - -          Comfort

- High Cost - - - - -     Low Cost

- High Workload - - -Low Workload

# Why does the inmate seek medical attention?

- **To get comfortable**

- **To address their perception of illness**

- **To handles anxiety**

- **Wants vs. needs**

# What is your doctor's goal when he sees you in the office?

# What is <u>your</u> responsibility for the standard of healthcare in the correctional setting?

- **<u>Do not let</u>** the inmate's health **deteriorate.**

- The inmate must be able to **function** within the environment.

# The 8th and 14th Amendment (Deliberate indifference)

- Guarantees access to healthcare

- Does not guarantee choice of treatment

# Four levels of healthcare in a correctional setting

1. The inmate

2. Nurse

3. Physician

4. Off-site

# How to reduce lawsuit risk in the correctional setting

- Take No Medical responsibility
  - Determine Medical Authority
  - Hire a physician trained in correctional medicine
  - Ask for documentation of correctional malpractice insurance from your physician
  - Correctional officers to refer to medical authority
- Policies & Procedures
  - NCCHC standards
  - ACA standards
  - They will be customized to your facility

# Line of Authority in Jail

- Site MD vs. Personal MD

- Site MD vs. Sheriff (Jailer)

# Chronic illnesses in the correctional setting

1. Diabetes
2. Asthma
3. Seizures
4. Infectious Diseases
   a. HIV
   b. Hepatitis
   c. Staph
5. HTN/CAD

# Pregnancy

1.  Testing

2.  Spontaneous abortion
    4 pad rule

# Main Causes of Death in Correctional Facilities

1. Suicide
2. Cardiac
3. Asthma

# Dentistry

1.  Standard of Care
2.  Screening of inmates
3.  Inmate referrals

# Mental Health

1.  Behaviors

2.  True Mental Illness

# Diets

1.  Diabetic

2.  Pregnancy

3.  Food Allergy

4.  Religious Diet

# Emergency Issues

1.  Boxers fractures

2.  Seizures

3.  Chest pain

# Housing Issues

1. Mattresses
2. Pillows
3. Shoes
4. Contact lens
5. Hearing aids
6. Glasses

# Housing Issues

1. Mattresses
2. Pillows
3. Shoes
4. Contact lens
5. Hearing aids
6. Glasses

# Open Discussion