

**ADVANCED**
**CORRECTIONAL+HEALTHCARE**

June 9, 2006

Sheriff Jerry Hounshel
Jackson County Sheriff's Office
150 East State Road 250
Brownstown, Indiana 47220

Dear Sheriff Hounshel:

It was nice to meet you at our first CQI meeting on Mary 24, 2006. According to the Strategic Plan developed for your facility, all action items have been completed and instituted as required except one: changing the policies and procedures to reflect the exact medical operations of the facility.

As was discussed, the importance of completing these in a timely manner has become urgent due to the unfortunate incident that occurred recently. Even though we spent some additional time after the meeting beginning to review and change them, they are not completed. I have made arrangements to meet with Nurse Missy Robinson and Lt. Mark Lahrman on June 13, 2006 to finish them, and will be totally committed to this task until it is accomplished.

On a very positive note, after reviewing the medical statistics that Nurse Miss compiled, the numbers are very impressive! You should be proud of you nursing and correctional staff, as it reflects their strength and commitment to their job duties and the success of the medical program.

I will continue to monitor and assist your staff in our endeavors to ensure the continuing success of the program. Please feel free to contact me for any questions or concerns.

Respectfully,
Shannon McCord
Regional Manager

cc: Jail Commander Lt.Lahrman

