**Jackson County Indiana**
**CQI Minutes**

I.  Call to order:  3:00 p.m.                          Date:  September 6, 2006

II.  Attendance:  Nurse Missy Robinson        Shannon McCord ACH Regional Manager

III.  Previous Action Items:

    1.  Policies & Procedures – completed.

    2.  Give Discharge Plan to all detainees – completed.

    3.  Check for dentist who will visit facility – no done.



EXHIBIT
#7

IV.  Health Care Activity:

A.  General Medical:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of physician sick call visits: | 15 | 11 | 15 | 17 | 13 | 12 | 14 | 12 | ___ | ___ | ___ | ___ |
| 2. Number of physician physicals: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| 3. Emergency visits on-site: | | | | | | | | | | | | |
| a) Physician | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |

B.  Nursing:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of nursing visits for Hx/TB: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| Positive results: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| 2. Number of Nursing Sick Calls: | 21 | 14 | 8 | 12 | 10 | 16 | 10 | 13 | ___ | ___ | ___ | ___ |
| 3. Emergency visits on – site: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |

C.  Dental:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of inmates seen by medical: | 4 | 4 | 1 | 3 | 4 | 3 | 2 | 3 | ___ | ___ | ___ | ___ |
| 2. Number of outside referrals: | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | ___ | ___ | ___ | ___ |
| 3. Dental complaints: | 4 | 4 | 1 | 3 | 4 | 3 | 2 | 3 | ___ | ___ | ___ | ___ |
| 4. Dental complications: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |

D.  Psychiatric:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of inmates on Psychotropic drugs: | 5 | 5 | 5 | 5 | 4 | 3 | 3 | 2 | ___ | ___ | ___ | ___ |
| 2. Number of psych. evaluations: | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |

E.  Pharmacy:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. After hours calls placed to pharmacy: | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| 2. Amount charged for Medical/RX to inmate accounts: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| 3. %/# of inmates on | | | | | | | | | | | | |
| a) General medication: | ? | 18% | 13% | 17% | 25 | 26 | 23 | 22 | ___ | ___ | ___ | ___ |
| b) Psychotropic medication: | 3% | 3% | 4% | 4% | 4 | 3 | 3 | 2 | ___ | ___ | ___ | ___ |

**Jackson County Indiana**
**CQI Minutes**

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | Pharmacy errors: | | | | | | | | | | | | |
| | a) Nursing: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | b) Correctional Officers: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | c) Pharmacy: | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| **F.** | **Laboratory:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. Total Lab tests ordered: | 3 | 3 | 5 | 1 | 2 | 0 | 0 | 1 | ___ | ___ | ___ | ___ |
| | 2. Total Lab tests off-site labs: | 0 | 1 | 2 | 0 | 2 | 1 | 0 | 1 | ___ | ___ | ___ | ___ |
| **G.** | **Radiology:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. Total diagnostic procedures: | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | ___ | ___ | ___ | ___ |
| **H.** | **Nutritional Services:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. Total Special Diets ordered: | 1 | 0 | 0 | 0 | 2 | 4 | 4 | 6 | ___ | ___ | ___ | ___ |
| **I.** | **Respiratory Therapy:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | Number of procedures provided by Medical Staff: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| **J.** | **Emergency Medical Services Off Site:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. Total Calls: | 3 | 3 | 1 | 3 | 1 | 3 | 3 | 3 | ___ | ___ | ___ | ___ |
| | 2. Emergency transfer to ER: | 3 | 3 | 1 | 3 | 1 | 3 | 3 | 3 | ___ | ___ | ___ | ___ |
| | 3. Average response time: | | | | | | | | | ___ | ___ | ___ | ___ |
| | 4. Life Flight runs: | | | | | | | | | ___ | ___ | ___ | ___ |
| **K.** | **Chronic Disease Status:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. Hypertension/Cardiac Disease: | 5 | 4 | 3 | 5 | 5 | 6 | 6 | 9 | ___ | ___ | ___ | ___ |
| | 2. Seizure Disorders: | 2 | 1 | 3 | 2 | 2 | 2 | 1 | 3 | ___ | ___ | ___ | ___ |
| | 3. Tuberculosis: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | 4. Diabetes: | 3 | 2 | 1 | 1 | 2 | 4 | 4 | 6 | ___ | ___ | ___ | ___ |
| | 5. Asthma/COPD | | | | | | | | | | | | |
| | ➢ Mild: | 3 | 2 | 1 | 1 | 2 | 2 | 3 | 3 | ___ | ___ | ___ | ___ |
| | ➢ Moderate: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | ➢ Severe: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | 6. AIDS or HIV Seropositive: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | ___ | ___ | ___ | ___ |
| | 7. Other:   Hepatitis C | 0 | 0 | 1 | 2 | 2 | 2 | 2 | 2 | ___ | ___ | ___ | ___ |
| **L.** | **Communicable Disease:** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| | 1. TB: | | | | | | | | | | | | |
| | a) Active: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |
| | b) Latent: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ___ | ___ | ___ | ___ |

Jackson County Indiana
CQI Minutes

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | Staph Infections: | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | ___ | ___ | ___ | ___ |
| | ▶ In-house | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| | ▶ Community acquired | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| | ▶ Treated – no culture | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| | ▶ Confirmed – culture | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| 3. | Other: | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

**V.     Jail Stats:**

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Average Daily Census: | 162 | 147 | 128 | 135 | | 138 | 138 | 139 | ___ | ___ | ___ | ___ |

**VI.    Unusual Cases at Present:  None**

**VII.   Review Policies and Procedures:**

**VIII.  Review Protocols:**

**IX.    Other:**     New medical progress note reviewed – proper documentation.
              Very pleased with Dr. LaShunda Williams.

**X.     Action Items:**

    1.   Check for dentist who will visit facility (call Inita @ Bartholomew)

    2.   Medical training for correctional officers.

**XI.    Meeting Adjourned:  3:30 p.m.**

**XII.   Next meeting to be scheduled in January 2007.**

Respectfully submitted,

*Shannon McCord*

ACH Regional Manager

Jackson County Indiana Jail
CQI Minutes

I. Call to order:   11:05 a.m.                                      Date: May 24, 2006

II. Attendance:    Sheriff Jerry Hounshel                          Missy Robinson

Lt. Mark Lahrman, Jail Commander                                   Linda Brown

Nurse McCord, Regional Nurse Manager                              Nurse Rose, Indiana State Manager

III. Previous Action Items:

   1. Strategic Plan – Policies and Procedures

IV. Health Care Activity:

A. General Medical:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of physician sick call visits: | 15 | 11 | 15 | 17 | | | | | | | | |
| 2. Number of physician physicals: | 0 | 0 | 0 | 0 | | | | | | | | |
| 3. Physician emergency visits on-site: | 0 | 0 | 0 | 0 | | | | | | | | |

B. Nursing:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of nursing visits for Hx/TB: | 0 | 0 | 0 | 0 | | | | | | | | |
| • Positive results: | 0 | 0 | 0 | 0 | | | | | | | | |
| 2. Number of Nursing Sick Calls: | 21 | 14 | 8 | 12 | | | | | | | | |
| 3. Emergency visits on – site: | 0 | 0 | 0 | 0 | | | | | | | | |

C. Dental:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of detainees seen by medical: | 4 | 4 | 1 | 3 | | | | | | | | |
| 2. Number of outside referrals: | 0 | 0 | 0 | 0 | | | | | | | | |
| 3. Dental complaints: | 4 | 4 | 1 | 3 | | | | | | | | |
| 4. Dental complications: | 0 | 0 | 0 | 0 | | | | | | | | |

D. Psychiatric:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Number of detainees on Psychotropic: | 5 | 5 | 5 | 5 | | | | | | | | |
| 2. Number of psych. evaluations: | 0 | 0 | 1 | 0 | | | | | | | | |

E. Pharmacy:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. After hours calls placed to pharmacy: | 0 | 1 | 1 | 0 | | | | | | | | |
| 2. Amount charged for Medical/RX to detainee accounts: | | | | | | | | | | | | |
| 3. % of detainees on | | | | | | | | | | | | |
| a) General medication: | | 18% | 13% | 17% | | | | | | | | |
| b) Psychotropic medication: | 3% | 3% | 4% | 4% | | | | | | | | |
| 4. Pharmacy errors | | | | | | | | | | | | |
| a) Nursing: | 0 | 0 | 0 | 0 | | | | | | | | |
| b) Correctional Officers: | 0 | 0 | 0 | 0 | | | | | | | | |
| c) Pharmacy: | 0 | 0 | 1 | 0 | | | | | | | | |

Jackson County Indiana Jail
CQI Minutes

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **F. Laboratory:** | | | | | | | | | | | | |
| 1. Total Lab tests ordered: | 3 | 3 | 5 | 1 | __ | __ | __ | __ | __ | __ | __ | __ |
| 2. Total Lab tests off-site labs: | 0 | 1 | 2 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| **G. Radiology:** | | | | | | | | | | | | |
| 1. Total diagnostic procedures: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| **H. Nutritional Services:** | | | | | | | | | | | | |
| 1. Total Special Diets ordered: | 1 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| Comments: Snacks | 2 | 1 | 2 | 1 | | | | | | | | |
| **I. Respiratory Therapy:** | | | | | | | | | | | | |
| 1. Number of procedures provided by Medical Staff: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| **J. Emergency Medical Services Off – Site:** | | | | | | | | | | | | |
| 1. Total Calls: | 3 | 3 | 1 | 3 | __ | __ | __ | __ | __ | __ | __ | __ |
| 2. Emergency transfer to ER: | 3 | 3 | 1 | 3 | __ | __ | __ | __ | __ | __ | __ | __ |
| 3. Average response time: | -- | -- | -- | -- | __ | __ | __ | __ | __ | __ | __ | __ |
| 4. Life Flight runs: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| **K. Chronic Disease Status:** | | | | | | | | | | | | |
| 1. Hypertension/Cardiac Disease: | 5 | 4 | 3 | 5 | __ | __ | __ | __ | __ | __ | __ | __ |
| 2. Seizure Disorders: | 2 | 1 | 3 | 2 | __ | __ | __ | __ | __ | __ | __ | __ |
| 3. Tuberculosis: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| 4. Diabetes: | 3 | 2 | 1 | 1 | __ | __ | __ | __ | __ | __ | __ | __ |
| 5. Asthma/COPD | | | | | | | | | | | | |
| ➢ Mild: | 3 | 2 | 1 | 1 | __ | __ | __ | __ | __ | __ | __ | __ |
| ➢ Moderate: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| ➢ Severe: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| 6. AIDS or HIV Seropositive: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| 7. Other: Hepatitis C | 0 | 0 | 1 | 2 | __ | __ | __ | __ | __ | __ | __ | __ |
| **L. Communicable Disease:** | | | | | | | | | | | | |
| 1. TB | | | | | | | | | | | | |
| a) Active: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| b) Latent: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| 2. Staph Infections: | 1 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| 3. Other: | 0 | 0 | 0 | 0 | __ | __ | __ | __ | __ | __ | __ | __ |
| **M. Jail Stats:** | | | | | | | | | | | | |
| 1. Average Daily Census: | 162 | 147 | 128 | 135 | __ | __ | __ | __ | __ | __ | __ | __ |

Page 2 of 3

Jackson County Indiana Jail
CQI Minutes

N.   Unusual Cases at Present:

    1.   Detainee in jail 2 years had not had tooth cleaning; wrote ACLU. County paid $275 for cleaning.

    2.   Detainee died in ER after "coding" in Jail.*

    Comments: * Detainee was non-compliant, was refusing to take medications or have blood pressure taken.

O.   Review Policies and Procedures:

    Comments: Not done, stressed importance of completion (detainee death). Spent two hours after CQI
             to help complete, arrangements made for another meeting to finish.

P.   Review Protocols:

    Comments: New protocol book being used.

Q.   Other:   Discharge Plan given out by nurse only to "medical" detainees.

R.   Action Items
    1.   Policies & Procedures.

    2.   Make Discharge Plan part of release for <u>all</u> detainees

    3.   Check for dentist who will visit facility. Call Inita (Bartholomew) for name.

V.   Meeting Adjourned:  12:00 p.m.

VI.   Next meeting will be scheduled for September 2006.

Respectfully submitted,
*Shannon McCord*
Regional Nurse Manager

Page 3 of 3