Case 1:06-cv-01560-WTL-TAB   Document 93-48   Filed 07/01/08   Page 1 of 2 PageID #: 4664

04/10/2008  16:55    3176845240                BOSE MCKINNEY EVANS                    PAGE  03/04
OCT-26-2005  01:58PM   FROM-JACKSON CO. SHERIFF'S DEPT.    +812-368-4675    T-667  P.002/003  F-380

# ADVAN__D
## CORRECTIONAL HEALTHCARE

### FACILITY PROFILE

Jackson County Indiana

To assist in developing a high-quality, cost effective managed healthcare program for the detainees of your facility please complete these questions, based on your medical experience for the past twelve (12) months or latest calendar year.

**MEDICAL INFORMATION:**

What is your medical budget for this year? __120,000___ +100,000
Are services provided by a local physician?  (Yes)  No
  If yes, what is the cost of his/her services annually? _2004- $20,266.00 / 2005 thur Oct._
Does your physician see patients at the jail facility?  (Yes)  No   $15,260.00
  If yes, how many times a week? __1__
How much time does the physician spend in the facility?
  at each visit? (# of hours per visit) __depends on how many inmates to see__
Are the physician fees included in your annual medical budget?  (Yes)  No
Do you have on-site nursing services?  (Yes)  No
  If yes, how many hours per week? __40 hrs__
Are the nurses employed by the Sheriff?  (Yes)  No
What is the salary range for your nursing staff?   RN __✓__   LPN __/__
Are the nursing salaries included in your medical budget?  Yes  (No)
How much did you spend on pharmaceuticals the past year? _2004- $104,05.00 / 2005 thur Oct_
How many times per day are meds distributed? __daily__     $57,053.12
How much did you spend on hospital services? _2005 thur Oct  113,844.00_
How much did you spend on medical supplies the past year? _2005 thur Oct $1474.00_
What hospital do you currently use? __Schneck Medical Center Seymour__
Do you receive a discount on hospital services?  (Yes)  No
  If yes, what percentage? __20%__
Do you utilize the services of a local dentist?  Yes  No
How much did you spend on dental services in the past year? _2005 thur Oct $9,264.76_
How much did you spend on mental health services? __none in contract w/ county__
Are detainees tested for T.B.?  (Yes)  No
Do you have a co-pay program?  (Yes)  No

**FACILITY INFORMATION:**

Facility Rated Capacity: __184__
Average Daily Population: __176__
What was the average ADP for the past year? __142__
  Does this ADP represent your County detainees only?  Yes  (No)
  Do you house detainees from other sources?  (Yes)  No
    If yes, what sources and how many detainees:
    DOC _Avg 34_  FEDS _____  OTHER COUNTIES _✓ ?_
Are medical expenses for detainees housed from other sources included in the totals listed on this facility profile?  (Yes)  No
  If yes, can you provide a break-down of the expenses associated with
    DOC _____  FEDS _____  OTHER COUNTIES _____
Do you have outstanding lawsuits or legal issues involving medical?  Yes  (No)
  If yes, how many and what was the medical issue? _____

Received Time Oct. 26.  1:53PM                                            Page # 1

OCT-26-2005 01:59PM  FROM-JACKSON CO. SHERIFF'S DEPT.

**ADVAN...**
**CORRECTIONAL HEALTHCARE**

Additional Comments: _____

_____

_____

Questionnaire Completed by: *Linda Jo Brown*
  Print Name: LINDA JO BROWN
  Title: *Office manager*
  Facility / County: *Jackson Co Sheriff's Dept*
  Address: *150 E. 2nd Rd 250*
  City/State/Zip: *Brownstown, IN*
  Phone #: 812-358-2141
  Date: 10-26-05

Upon completion please mail or fax to:
  LES SINGLETON
  Advanced Correctional Healthcare
  809 W. Detweiller Drive, Suite 806
  Peoria, IL 61615
  Fax #: (309) 692-8106

Received Time Oct. 26.  1:53PM                                 Page # 7