```
04/12/2006            JACKSON COUNTY SHERIFFS DEPARTMENT              3118
15:01                           Jail Log:                         Page:   1

   Event Number:   472402
      Name ID:        238                                         Closed
+-----------------------------------------------------------------------+
|  Last: Wallace                          First: William    Mid: Manle  |
|  Addr  9884 S Buffalo Pike                    Phone: (812)497-3321    |
|  City: Freetown       ST: IN  Zip: 47235  DOB: 12/25/1964 SSN: 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 |
+-----------------------------------------------------------------------+
  Time/Date of Event: 02:56:18 03/25/2006   Treatment Date:
     Type of event: IME  Inmate Medical Event
         Quantity:    0.00
          Officer: T Benton
   Booking Number:    71204
      Description:
(See below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
Tonight at this time Mr Wallace called in from F pod and said he thought he might be having mini strokes or something he didn't feel right
I told him i'd let the Sgt know
I called central and told Sgt Everhart what Mr Wallace said
49-j J Teipen will be rotating in just a few minutes so that i can comp my time he said he will bring the medical evaluation sheet with him at that time.
nothing further
tina benton



PLAINTIFF'S EXHIBIT
9

369