```
04/12/2006              JACKSON COUNTY SHERIFFS DEPARTMENT              3118
15:01                           Jail Log:                          Page:    1

   Event Number:   472403                                              Closed
      Name ID:       238
+-----------------------------------------------------------------------------+
| Last: Wallace                            First: William       Mid: Manle   |
| Addr  9884 S Buffalo Pike                     Phone: (812)497-3321          |
| City: Freetown          ST: IN  Zip: 47235  DOB: 12/25/1964 SSN: 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|
+-----------------------------------------------------------------------------+
  Time/Date of Event: 02:58:58 03/25/2006    Treatment Date:
       Type of event: IME  Inmate Medical Event
            Quantity:  1.00
             Officer: J Teipen
      Booking Number:  71204
         Description:
(See below)
```

Description:
   At this time Inmate William Wallace came to book-in complaining of chest pain. I then pulled the Medical SOP on Chest Pain and followed the necessary procedures. William advised his left shoulder and chest had been hurting for about the last 30 minutes. It advised to give him 2 Tylenol Extra Strength tablets four times a day as needed for 3 days. Ice to affected area x 24 hours and limited activity x 3 days. I then walked inmate Wallace back to F-pod and he stated that he did do 125 push-ups early this morning.

PLAINTIFF'S EXHIBIT
8

368